```
                                                              FILED
                                                       U.S. DISTRICT COURT CLERK
            UNITED STATES DISTRICT COURT               WESTERN DISTRICT OF KY
            WESTERN DISTRICT OF KENTUCKY               13 AUG 26 PM 1:54
            ___Louisville___ DIVISION
```

**JONAS SOSA SR.**                                                    **PLAINTIFF**

V.                                    Civil Case No. __3:13-cv-825-H__

**INNWOOD CONDOMINIUM OWNERS ASSOCIATION INC. BOARD OF DIRECTORS**, and

**PRUDENTIAL PARKS & WEISBERG REALTORS, INC.**, and

**DAVID PARKS, JR.**, and

**JULIA SMITH**, and

**PATRICK W. MICHAEL**, and

**SARAH M. MCKENNA**, and

**MARY M. SHAW**, and

**ROBERT W. DEWEES III**, and

**JUDITH MCDONALD-BURKMAN**, and

**BRYAN W. SHAEFER**, and

**EDITH F. HALBLEIB**                                                **DEFENDANTS**

### I. JURISDICTIONAL BASIS

Plaintiff claims Federal Jurisdiction pursuant to Article III §2 of the United States Constitution, which extends the jurisdiction to cases arising under said United States Constitution and/or pursuant to Laws of the United States, also known as the United States Code.

### II. STATUTORY AUTHORITY[IES]

Plaintiff brings this suit pursuant to the United States Constitution as a direct result of various and specific violations of certain protections guaranteed to Plaintiff by the First [1st—*Freedom Of Expression…Right to be Heard*], Eighth [8th—*Excessive Punishment*], Ninth [9th—*Rights Retained By People*] and Fourteenth Amendments [14th—*Due Process & Equal Protection of the Law*] of said Federal Constitution; and/or

United States Code, Title 18, Part I, Chapter 13 §241-249 [*RICO Crimes*] as a direct result of various and specific violations regarding the *Conspiracy Against Rights*, intentionally, willfully and maliciously directed against Plaintiff by Defendant[s]; and/or

United States Code, Title 18, Part I, Chapter 41 §875(d), 876(d) & 880 [*RICO Crimes*] as a direct result of various and specific violations regarding *Extortion and Threats*, intentionally, willfully and maliciously directed against Plaintiff by Defendant[s]; and/or

United States Code, Title 42, Subchapter I, Chapter 21 §1982 [*Civil Rights*] as a direct result of various and specific violations regarding the *Property Rights of Citizens*, intentionally, willfully and maliciously directed against Plaintiff by Defendant[s]; and/or

United States Code, Title 42, Subchapter I, Chapter 21 §1983 [*Civil Rights*] as a direct result of various and specific violations regarding the *Deprivation of Civil Rights*, intentionally, willfully and maliciously directed against Plaintiff by Defendant[s]; and/or

United States Code, Title 42, Subchapter II, Chapter 126, §12101 thru 12213 [*Americans with Disabilities Act*] as a direct result of various and specific violations regarding the *Equal Opportunity for Individuals with Disabilities Act*, intentionally, willfully and maliciously directed against Plaintiff by Defendant[s].

### III. PLAINTIFF

Plaintiff, Jonas Sosa Sr. resides at 10409 Saint Roche Drive, Louisville, Jefferson County, Kentucky, 40299, Telephone #502-713-0245.

### IV. DEFENDANT[S]

**INNWOOD CONDOMINIUM OWNERS ASSOCIATION, INC. BOARD OF DIRECTORS** is a Not-For-Profit Homeowners' Association with a Primary Address of 4501 South 6Th Street, in Louisville, Jefferson County, Kentucky, 40214, with a **mailing address** of: C/O Prudential Parks & Weisberg Realtors, Inc., 295 Hubbards Lane, Suite 102, Louisville, Jefferson County, Kentucky, 40207;

**PRUDENTIAL PARKS & WEISBERG REALTORS, INC.** is a Corporation in the Realty/Property Management profession/business, located at 295 Hubbards Lane, Suite 102, Louisville, Jefferson County, Kentucky, 40207;

**DAVID PARKS, JR.**, is a Representative, Agent, Employee, Supervisor, and/or Co-Owner of/for Defendant Prudential Parks & Weisberg Realtors, Inc., located at 295 Hubbards Lane, Suite 102, Louisville, Kentucky, 40207;

**JULIA SMITH** is a Representative, Agent, Employee, Supervisor, and/or Property Manager of/for Defendant Prudential Parks & Weisberg Realtors, Inc., located at 295 Hubbards Lane, Suite 102, Louisville, Kentucky, 40207;

**PATRICK W. MICHAEL** is an Attorney, Representative, Agent, Employee, and/or Supervisor, of/for the law firm known as Dinsmore & Shohl LLP, located at 101 South Fifth Street, Suite 2500, Louisville, Jefferson County, Kentucky 40202;

**SARAH M. MCKENNA** is an Attorney, Representative, Agent, Employee, and/or Supervisor, of/for the law firm known as Dinsmore & Shohl LLP, located at 101 South Fifth Street, Suite 2500, Louisville, Jefferson County, Kentucky 40202;

**MARY M. SHAW** is a Division Five [5] Circuit Court Judge, Attorney, Representative, Agent, Employee, and/or Supervisor, of/for the Jefferson County Circuit Court, located at Jefferson County Judicial Center, 700 West Jefferson Street, Louisville, Jefferson County, Kentucky, 40202;

**ROBERT W. DEWEES III** is an Attorney, Representative, Agent, Employee, Supervisor, and/or Co-Owner of/for Defendant McClain DeWees, PLLC, located at 6008 Brownsboro Park Boulevard, Suite H
Louisville, Jefferson County, Kentucky, 40207;

**JUDITH MCDONALD-BURKMAN** is a Division Nine [9] Circuit Court Judge, Attorney, Representative, Agent, Employee, and/or Supervisor, of/for the Jefferson County Circuit Court, located at Jefferson County Judicial Center, 700 West Jefferson Street, Louisville, Jefferson County, Kentucky, 40202.

**BRYAN W. SHAEFER** is an Attorney, Representative, Agent, Employee, and/or Supervisor of/for the Kentucky Master Commissioner's Office located at 239 South 5TH Street, Suite 1450, Kentucky Home Life Building, Suite 1450, Louisville, Jefferson County, Kentucky, 40202;

**EDITH F. HALBLEIB** is an Attorney, Representative, Agent, Employee, and/or Supervisor of/for the Kentucky Master Commissioner's Office located at 239 South 5TH Street, Suite 1450, Kentucky Home Life Building, Louisville, Jefferson County, Kentucky, 40202.

## V. STATEMENT OF CASE
### EXTORTION, DISCRIMINATION, CONSPIRACY, FRAUD, DEFAMATION, BREACH OF FIDUCIARY DUTY, NEGLIGENCE and DUE PROCESS & EQUAL PROTECTION of LAW

Plaintiff believes that sometime prior to January 1, 2010 and thereafter, Defendants in concerted or joined, unilateral, and/or arbitrary effort[s], either individually, collectively or otherwise, entered into a **CONSPIRACY** to **COERCE** and **EXTORT** monies from Plaintiff, by way of a unilateral, arbitrary and **FRAUDULENT** imposition of two [2] unauthorized and unlawful Special Assessments upon Plaintiff's rental properties, for the purpose of producing unlawful income for Defendants; in so doing, the ***Defendants intentionally, willfully, recklessly, and maliciously violated and/or flagrantly disregarded, dismissed, and/or ignored*** numerous Articles, Sections and Paragraphs reflected in Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, the Innwood Condominiums Association Master Deed, and the Innwood By-Laws **MANDATES**; in so doing Plaintiff's **PROPERTY RIGHTS** were adversely affected, as Defendants perpetrated and executed a **FRAUDULENT CONSTRUCTIVE FORECLOSURE** action, the facts of which demonstrate the **CONSPIRACY, NEGLIGENCE,** and **BREACH of FIDUCIARY DUTY** misconduct and actions by Defendants, in addition to the related and subsequent **DEFAMATION, DISCRIMINATION, COERCION,** and **DURESS** and **EXTORTION** of Plaintiff;

Said By-Laws' **MANDATES** are intended to provide guidelines and structure for the internal governance of Plaintiff's voting and governing duties, obligations and **RIGHTS** as an Innwood Co-Owner Council Member; said internal governance requires the strict adherence to those procedures and/or processes which grant the Council of Co-Owner Membership with the vested, sole and lawful authority to propose, discuss, debate, vote on, pass, reject and direct the Board of

Directors, as to how to perform its duties within the parameters of the Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, the Innwood Condominiums Association Master Deed, and the Innwood By-Laws **MANDATES**;

During the evolution of said misconduct and unlawful actions reflected in the above paragraphs, Defendants admitted/confessed and documented their **MISREPRESENTATIONS** and their *intentional, willful, reckless, and malicious violation and/or flagrant disregard, dismissing, and/or ignoring* of numerous Articles, Sections and Paragraphs reflected in Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, the Innwood Condominiums Association Master Deed, and the Innwood By-Laws **MANDATES**, thereby depriving Plaintiff of his internal voting and governing duties, obligations, and **RIGHTS** as an Innwood Co-Owner Council Member;

However, pursuant to United States Code, Title 18, Part I, Chapter 13 §241 [*RICO Crimes*], regarding the *Conspiracy Against Rights*, if two [2] or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Plaintiff asserts and believes that the Defendant[s], under the color of law, **FRAUDULENTLY** alleged, claimed and/or exercised unauthorized duties while in his/her/their capacity[ies] as Individuals, Employees, Agents, Representatives, Supervisors and/or Professionals with related Public and/or Private Positions, Titles, Authorities and/or Individual or Collective Management Obligations, Duties and/or Responsibilities in Louisville, Jefferson County, Kentucky, to among other violations of law, intentionally commit **EXTORTION** against Plaintiff.

However, pursuant to United States Code, Title 18, Part I, Chapter 41 §875(d), 876(d) & 880 [*RICO Crimes*], regarding *Extortion and Threats* any form of **EXTORTION** is illegal, no matter what state one is in; and prohibits anyone from using the mail, or the transmitting in interstate commerce, of threats with the intent to *EXTORT*, including threats to accuse of a crime or to injure a person, his property and/or reputation; and that anyone who commits **EXTORTION** shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Defendants' actions, in concerted or joined, unilateral, and/or arbitrary effort[s], either individually, collectively or otherwise, as thus far described in this complaint, constitute **FRAUD**; the intentional, willful, reckless and malicious **MISREPRESENTATIONS** of/by Defendants to Plaintiff and others, including, without limitation, the numerous and flagrant **MISREPRESENTATIONS** that Plaintiff was/is in violation of those specific sections of Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, and the Innwood Master Deed and By-Laws **MANDATES**, with regards to the payment of the two [2] unilateral, arbitrary, unauthorized and unlawful Special Assessments imposed on Plaintiff's rental properties; said **MISREPRESENTATIONS** constitute **DEFAMATION** as inferred and/or published by Defendants were/are untrue, and at the time stated, inferred and/or published, were known or should have been known to be untrue by Defendants.

As a result of Defendants' confessed, documented, flagrant, intentional, willful, reckless and malicious actions, they successfully perpetrated a **FRAUDULENT CONSTRUCTIVE**

FORECLOSURE action, with the intent to **DEFRAUD** and deprive Plaintiff of his Investment Rental Properties, the **DISCRIMINATION** and deprivation of his **RIGHT** to **DUE PROCESS and EQUAL PROTECTION of LAW,** and directly caused the **DURESS, COERCION** and **EXTORTION** experienced and suffered by Plaintiff, to the detriment of his financial interests, in addition to the **DISCRIMINATION** and **FRAUDULENT** deprivation of his voting and governing duties, obligations and **RIGHTS** as an Innwood Co-Owner Council Member.

Defendants have/had [a] **FIDUCIARY DUTY[IES]** to Plaintiff arising under applicable law, including but not limited to Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, and the Innwood Condominiums Association Master Deed and By-Laws **MANDATES**, intended for the internal governance by Plaintiff as an Innwood Co-Owner Council Member; the Defendants' intentional, willful, reckless, malicious and flagrant refusal, **MISREPRESENTATION**, disregard, dismissing and/or ignoring of said **FIDUCIARY DUTY[IES]**, resulted in the **DISCRIMINATION** and **FRAUDULENT** deprivation of Plaintiff's voting and governing duties, obligations and **RIGHTS** as an Innwood Co-Owner Council Member;

Defendants' actions, in concerted or joined, unilateral, and/or arbitrary effort[s], individually, collectively or otherwise, as described throughout in this complaint, also constitutes **NEGLIGENCE** with respect to Plaintiff; said **NEGLIGENCE** and **MISREPRESENTATION** by Defendants was/is the proximate cause of the **FRAUD, CONSPIRACY, DISCRIMINATION, EXTORTION** and deprivation of Plaintiff's voting and governing duties, obligations and **RIGHTS** as an Innwood Co-Owner Council Member, and subsequent damages experienced and suffered by Plaintiff;

However, pursuant to the United States Constitution, violations regarding any guaranteed protections found or stated in the First [*1st–Freedom Of Expression…Right to be Heard*], Eighth [*8th–Excessive Punishment*], Ninth [*9th–Rights Retained By People*] and Fourteenth Amendments [*14th—Due Process & Equal Protection of the Law*] of said Federal Constitution, are prohibited; whoever causes such violations shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…and…

…pursuant to United States Code, Title 42, Subchapter I, Chapter 21 §1982 [*Civil Rights*] all citizens of the United States shall have the same right, in every State and Territory, to inherit, purchase, lease, sell, hold, and convey real and personal property; and any person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes the deprivation of *Property Rights of Citizens*, privileges, immunities or other rights secured by the Constitution or laws of the United States, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…and…

…pursuant to United States Code, Title 42, Subchapter I, Chapter 21 §1983 [*Civil Rights*], regarding the *Deprivation of Civil Rights*, every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution or laws of the United States, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress…and…

…pursuant to United States Code, Title 42, Subchapter II, Chapter 126 §12101 thru 12213 of the

*[Equal Opportunity for Individuals with Disabilities Act aka the Americans with Disabilities Act]*, and related provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to **DISCRIMINATION** by any such entity; any person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the **DEPRIVATION** of *any* **RIGHTS**, privileges, or immunities secured by the Constitution or Laws of the United States, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

The Defendants' **NEGLIGENCE**, among other unauthorized and/or unlawful conduct referenced throughout this complaint, include, but is/are not limited to the failure, through its volunteers, employees, contractors, agents, supervisors and others to educate, supervise and direct properly it volunteers, employees, contractors, agents, supervisors and others, including but not limited to, Defendants, identified as then elected and sitting *Innwood Condominium Owners' Association Board of Directors*; Mr. *David Parks, Jr.* and Mrs. *Julia Smith*, Representatives, Agents, Supervisors and/or Employees of the Contracted Property Management Company identified as *Prudential Parks & Weisberg Realtors, Inc.*; Attorney *Robert W. DeWees III*, of the hired/contracted McClain DeWees, PLLC Law Firm; Attorneys *Patrick W. Michael & Sarah M. McKenna*, of the hired/contracted Dinsmore & Shohl, LLP Law Firm; Circuit Court Judges *Mary M. Shaw & Judith McDonald-Burkman* of the Jefferson County Circuit Court; Attorneys *Bryan W. Shaefer;* and *Edith F. Halbleib* of the Louisville Master Commissioner's Office; and all or any other not yet known or identified volunteers, agents employees, contractors, supervisors, and/or agents, which may be identified and/or joined at a later date.

Defendants identified in the above complaint and paragraphs, were negligent with respect to Plaintiff by:

- A. Intentionally failing/refusing to adhere to, and thus willfully, recklessly, and maliciously violating, misrepresenting, disregarding, dismissing and/or ignoring several and specific Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, and the Innwood Condominiums Association Master Deed and By-Laws **MANDATES**, intended for internal governance and voting duties, obligations and rights by Plaintiff, as an Innwood Co-Owner Council Member;
- B. Intentionally failing/refusing to adhere to and thus willfully, recklessly, and maliciously violating the procedures as clearly stated and reflected throughout the Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, and the Innwood Condominiums Association Master Deed and By-Laws **MANDATES** in a proper and/or consistent manner, intended for internal governance and voting duties, obligations and rights by Plaintiff, as an Innwood Co-Owner Council Member;
- C. Intentionally failing/refusing to adhere to and thus willfully, recklessly, and maliciously violating the voting processes and/or procedures as clearly stated and reflected throughout the Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, and the Innwood Condominiums Association Master Deed and By-Laws **MANDATES**, intended for internal governance and voting duties, obligations and rights by Plaintiff, as an Innwood Co-Owner Council Member;

D. Flagrantly admitting/confessing, communicating and documenting their arbitrary, unilateral and unlawful actions by way of Correspondence, Notices, the filing of Court Civil Actions, Pleadings, Reports, Recommendations & Court Orders, to complete the perpetration of their **FRAUDULENT CONSTRUCTIVE FORECLOSURE**, and to conceal the willful, reckless malicious and/or related **MISREPRESENTATIONS** to said **EXTORTION, CONSPIRACY, FRAUD**, and **BREACH OF FIDUCIARY DUTY**;

E. Otherwise failing to provide services and advice in accordance with their fiduciary duties.

Defendants are an "**ENTERPRISE**" as that term is defined in *18 USC Section 1961*, engaged in interstate commerce and carrying on activities that effect interstate commerce. Such activities in and effecting interstate commerce include, among other things, seeking and conducting a business, private service, and/or public service which promotes the legal representation and disposition of legal issues and matters that have or may have moved in interstate commerce.

The use of mails for the purposes of effectuating the above-mentioned scheme to **DEFRAUD** and deprive this Plaintiff of his Investment Rental Properties, and his Federal **RIGHT** to **DUE PROCESS**, and **EQUAL PROTECTION of the LAW**, which occurred on more than one [1] occasion in the past ten [10] years, or the transaction by wire or telephone to effectuate the scheme, which occurred on more than one [1] occasion in the past ten [10] years, constitutes, for the purposes of this action, a pattern of racketeering activity as defined and in violation of *18 USC Section 1962*, for which treble damages and costs of suit may be sought under *United States Code Section 1964(c)*.

The actions and conduct reflected by Defendants throughout this complaint were done intentionally, willfully, recklessly, negligently and maliciously, with an improper motive and with a wanton disregard for Plaintiff's person, reputation, business, financial needs and property.

As a result of Defendants' arbitrary, unilateral, unauthorized and/or unlawful actions/conduct, Plaintiff has suffered losses of his funds, which are not yet complete, cannot yet be calculated and/or totaled, and which are or will be in excess of the minimum required for the type of Civil Action[s] reflected in this Complaint.

## VI. PRAYER[S]

**WHEREFORE**, Plaintiff requests Judgment against Defendants for any and all Treble, Compensatory, and Punitive Damages, for costs of suit, issue an Injunction or Order for the current and future Innwood Board of Directors, its contracted and/or hired Property Management Company, Attorneys, Representatives, Agents, Supervisors, Employees, Contractors, and any other individuals, company[ies], etc., Innwood may utilize now and in the future, to now and forever more, to strictly adhere to Commonwealth of Kentucky Statutes, the Kentucky Horizontal Property Act, the Innwood Master Deed and the Innwood By-Laws and all related **MANDATES**, and for other and further relief as the Court may deem proper.

## VII. Request for a Jury Trial:

☑ YES ___ NO

I hereby certify under penalty that the above petition is true to the best of my information, knowledge and belief.

Signed this 26TH day of August, 2013.

_____
Signature of Plaintiff