UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-825-H

JONAS SOSA, SR.                                                      PLAINTIFF

V.

INNWOOD CONDOMINIUM OWNERS ASSN., et al.            DEFENDANTS

**MEMORANDUM AND ORDER**

Plaintiff, Jonas Sosa, has moved for a relief from the Court's Memorandum Opinion and its judgment.

Plaintiff accuses this Judge of failing to read the pleadings and for being involved with a fraudulent scheme to deprive Plaintiff of his rights. The Court is very sorry that Plaintiff feels as he does, but does not believe that any relief is appropriate based upon the pleadings. First, Plaintiff has failed to plead actual facts in support of his allegations and conclusory statements. Second, Plaintiff has already lost two cases in state court involving the very same issues contested here. Consequently, as the Court has previously explained, Plaintiff is precluded from raising these issues again. Again, the Court is sorry that Plaintiff feels aggrieved but is also certain that dismissal of the case was correct.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion for relief from judgment is DENIED.

IT IS FURTHER ORDERED that to the extent Plaintiff asked for recusal of this Judge, that motion is DENIED.

cc: Jonas Sosa, Sr., *Pro Se*
      Counsel of Record